IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

USDC CLERK, CHARLESTON, SC
RECEIVED
2006 OCT 19 P 2: 15

| | |
|---|---|
| Shaheen Cabbagestalk, #295567,<br><br>                Plaintiff,<br><br>v.<br><br>Lt. Harwell;<br>Lt. Jefferson;<br>Sgt. P.A. Truesdale;<br>Ofc. Mr. Hinson;<br>Sgt. Ms. Dawes; and<br>Captain Charles Miller,<br><br>                Defendants. | Civil Action No.: 3:06-1915-SB-JRM<br><br>**O R D E R** |

This matter is before the Court upon the pro se Plaintiff's complaint alleging violations of his constitutional rights, pursuant to 42 U.S.C. § 1983. Pursuant to Local Rule 73.02, this action was assigned to United States Magistrate Judge Joseph R. McCrorey for pre-trial determinations. Following a careful review of the complaint, the Magistrate Judge issued a report and recommendation ("R&R") on July 19, 2006, wherein he recommended that the matter be dismissed without prejudice and without issuance and service of process to permit the Plaintiff to fully exhaust his administrative remedies. Attached to the R&R was a notice giving the parties ten (10) days in which to file written objections. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985). Here, since no objections were filed, the Court need not conduct a de novo review of any portion of the R&R. Accordingly,

the Court adopts the Magistrate Judge's R&R in full and incorporates it into this Order by specific reference. Therefore, it is

ORDERED that the matter is dismissed without prejudice and without issuance and service of process to permit the Plaintiff to fully exhaust his administrative remedies.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

October 19, 2006
Charleston, South Carolina

